# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD A. MEYER & DEBORAH D. MEYER  Case Number: 05-73525
305 EAST WASHINGTON  SSN-xxx-xx-7235 & xxx-xx-5593
MARENGO, IL  60152

Case filed on: 7/14/2005
Plan Confirmed on: 3/10/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $17,110.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
|  | Total Legal | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
| 008 | CPSI SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DEBT RECOVERY SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MERCHANTS CREDIT GUIDE CO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICHARD A. MEYER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FIRST NATIONAL BANK OF MARENGO | 74,508.65 | 0.00 | 0.00 | 0.00 |
| 003 | FIRST NATIONAL BANK OF MARENGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | NUVELL CREDIT COMPANY LLC | 16,150.00 | 16,150.00 | 5,656.54 | 2,021.32 |
| 005 | EMC MORTGAGE CORPORATION | 15,900.65 | 6,607.08 | 6,607.08 | 0.00 |
|  | Total Secured | 106,559.30 | 22,757.08 | 12,263.62 | 2,021.32 |
| 001 | ICON HEALTH AND FITNESS | 1,273.94 | 127.39 | 0.00 | 0.00 |
| 004 | NUVELL CREDIT COMPANY LLC | 1,525.98 | 152.60 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 5,264.33 | 526.43 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 1,457.16 | 145.72 | 0.00 | 0.00 |
| 010 | HOME SHOPPING NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HSBC TAXPAYER FINANCIAL SERVICES | 1,018.92 | 101.89 | 0.00 | 0.00 |
| 013 | NICOR GAS | 2,236.58 | 223.66 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 1,207.91 | 120.79 | 0.00 | 0.00 |
| 015 | CREDITORS BANKRUPTCY SERVICE | 341.58 | 34.16 | 0.00 | 0.00 |
| 016 | DEBT RECOVERY SOLUTIONS | 262.42 | 26.24 | 0.00 | 0.00 |
| 017 | CREDITORS BANKRUPTCY SERVICE | 94.44 | 9.44 | 0.00 | 0.00 |
| 018 | ASSET ACCEPTANCE CORP | 175.90 | 17.59 | 0.00 | 0.00 |
| 019 | PROGRESSIVE FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 14,859.16 | 1,485.91 | 0.00 | 0.00 |
|  | Grand Total: | 123,218.46 | 26,042.99 | 14,063.62 | 2,021.32 |

Total Paid Claimant:  $16,084.94
Trustee Allowance:  $1,025.06
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008    By  /s/Heather M. Fagan